UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRL KEAHEY,<br><br>         Plaintiff,<br><br>v.<br><br>RENOWN HOSPITAL, *et al.*,<br><br>         Defendants. | Case No.: 3:21-CV-00397-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 3[1]) entered on October 20, 2021, recommending that the Court grant Keahey's *in forma pauperis* application (ECF No. 1) and dismiss with prejudice the complaint (ECF No. 1-1).

      This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's *In Forma Pauperis* application (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

DATED this 14th day of January, 2022.

_____
ROBERT C. JONES
United States District Judge